IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01850-RPM

LESLIE A. WEST,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA and
ALLIS-CHALMERS ENERGY INC.,

     Defendants.

_____

AMENDED ORDER
_____

     Upon review of LINA's Unopposed Motion for a Twenty-One Day Extension of

time to Answer or Otherwise Plead [2] filed August 11, 2011, it is

     ORDERED that the motion is granted and the deadline for defendants to respond

to the complaint is extended to and including September 1, 2011.

     DATED:   August 12th, 2011

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior Judge