IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 11-cv-01850-RPM

LESLIE A. WEST

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, and
ALLIS-CHALMERS ENERGY INC,

    Defendants.
_____

ORDER RE UNOPPOSED MOTION TO DISMISS ALLIS-CHALMERS ENERGY INC
_____

    THE COURT, having reviewed Plaintiff Unopposed Motion to Dismiss Allis-Chalmers Energy, Inc., from this matter, grants said Motion. This dismissal is without prejudice, each party to pay its or his own attorney fees and costs.

    SO ORDRED this 19th day of October, 2011.

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____
                  Richard P. Matsch,
                  Senior District Court Judge