IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01850-RPM

LESLIE A. WEST,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA and
ALLIS-CHALMERS ENERGY INC.,

    Defendant.

---

## ORDER TO SUBMIT BRIEFING SCHEDULE

On November 3, 2011, the parties filed a joint status report, informing that they have resolved all issues concerning the content of the administrative record and discovery. Accordingly, it appears that this matter is now set for review and it is

ORDERED that on or before January 20, 2012, the parties shall submit an agreed briefing schedule.

Dated:   January 5th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge