IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No: 11-cv-01850 - RPM**

LESLIE A. WEST

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

THE COURT, having reviewed the parties' Stipulation for Dismissal with Prejudice and being fully advised in the premises, orders that Plaintiff's Complaint and each claim for relief is dismissed with prejudice, each party to pay his, her or its own costs and attorneys' fees.

SO ORDERED this 9th day of January, 2012.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge